# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **REV. JOHN SHANE VAUGHN,** | § | **PLAINTIFF** |
| *individually and as the founding* | § | |
| *minister and representative of* | § | |
| *First Harvest Ministries International,* | § | |
| *a place of religious worship* | § | |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:26-cv-23-HSO-BWR** |
| | § | |
| | § | |
| **ALLEN TROST, et al.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order [60] entered on

April 16, 2026, and the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action

is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 28th day of April, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE